UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.**,

   Plaintiffs,

v.                                             No. 4:21-cv-1245-P

**STEVEN C. MCCRAW ET AL.**,

   Defendants.

## ORDER

Before the Court is Defendant J. Brett Smith's Motion to Dismiss ("Motion"), filed December 8, 2021. ECF No. 17. Having considered the Motion, applicable law, and docket entries, the Court concludes that the Motion should be, and is hereby, **DENIED.**

**SO ORDERED** on this **8th day** of **December, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE