IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AIDAN ANDREWS, JORDYN BLAKEY, and FIRMS POLICY COALITION, INC., *Plaintiffs*, | § § § § | |
| v. | § § | |
| STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, JOHN FORREST in his official capacity as County Attorney of Parker County, RICHARD E. GLASER, in his official capacity as Criminal District Attorney of Fannin County, and J. BRETT SMITH, in his official capacity as District Attorney of Grayson County, *Defendants*, | § § § § § § § § § § § § | Civil Action No. 4:21-cv-1245 |

### DEFENDANT J. BRETT SMITH'S AMENDED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant J. Brett Smith, in his official capacity as the Criminal District Attorney of Grayson County, Texas ("Smith"), files this Amended Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

**This Amended Motion to Dismiss is filed to comply with Northern District of Texas Local Rules 7.1(d) and 7.2(d), and Judge Mark T. Pittman's Judge Specific Requirements.**

As stated in the Brief in Support of this Amended Motion, Plaintiffs' claims against Smith are barred by binding precedent from the United States Supreme Court, and from the Fifth Circuit, as more fully set forth in the Brief in Support of Amended Motion to Dismiss.

Accordingly, Smith respectfully requests that this Court grant this Amended Motion to Dismiss, thereby dismissing with prejudice all claims asserted against him by Plaintiffs. Smith further requests all other relief to which he is justly entitled, at law or in equity.

Respectfully submitted,

/s/ Craig M. Price
CRAIG M. PRICE
Texas Bar No. 16284170
Assistant Criminal District Attorney for
Grayson County, Texas
200 S. Crockett St., Suite 116A
Sherman, Texas 75090
Phone: 903-813-4258
Fax: 903-892-9933
pricec@co.grayson.tx.us

*Counsel for Defendant*
*J. Brett Smith, in his Official Capacity as Criminal District Attorney for Grayson County, Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Craig M. Price
CRAIG M. PRICE