UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.,**

   Plaintiffs,

v.                                                   No. 4:21-cv-1245-P

**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.,**

   Defendants.

## ORDER

"Proof of service or of waiver of service *must* be made by filing with the clerk the summons and any supporting documentation required or allowed by FED. R. CIV. P. 4, or an executed waiver." N.D. TEX. R. 4.1 (emphasis added). As of the date of this Order, Plaintiffs have failed to file proof of service or of waiver of service.

The Court therefore **ORDERS** Plaintiffs to file proof of service or of waiver of service **on or before December 16, 2021.**

**SO ORDERED** on this **9th day** of **December, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE