UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.,**

   Plaintiffs,

v.                                                           No. 4:21-cv-1245-P

**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.,**

   Defendants.

## ORDER

Before the Court are Motions to Dismiss ("Motions") filed by Defendants Steven McCraw, Richard E. Glaser, and J. Brett Smith. ECF Nos. 19–20, 22. Having considered the Motions, applicable law, and docket entries, the Court concludes that the Motions should be, and are hereby, **DENIED.**

**SO ORDERED** on this **9th day** of **December, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE