# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| David. H. Thompson<br>(202) 220-9659<br>dthompson@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9600<br>Fax (202) 220-9601 |

December 23, 2021

**Via ECF**
The Honorable Mark T. Pittman
District Judge, The United States District
Court for the Northern District of Texas
501 West 10th Street, Room 310
Fort Worth, Texas 76102

  Re: *Andrews v. McCraw*, No. 4:21-cv-01245

Dear Judge Pittman,

  I am writing on behalf of all counsel who have so far entered an appearance for plaintiffs or defendants in *Andrews v. McCraw*, No. 4:21-cv-01245. The case involves a pre-enforcement challenge to a Texas restriction on carriage of firearms by 18-to-20-year-olds and Plaintiffs seek to have the law declared invalid and its enforcement enjoined. Given the nature of the issues in dispute, all parties agree that the case is not amenable to settlement. Counsel have also conferred by phone and over email and are working on a proposed schedule for resolving the case through cross-motions for summary judgment.

  In view of the progress made on agreeing to a schedule and the unlikelihood of resolution through settlement, the parties respectfully request that the Court waive the requirement that the parties confer in person before January 3, 2022. *See* Order, Doc. 29 at 1 (Dec. 9, 2021).

            Sincerely,

             /s/ David H. Thompson
             David H. Thompson