UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.,**

  Plaintiffs,

v.                                                                    No. 4:21-cv-1245-P

**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.,**

  Defendants.

### ORDER

On December 9, 2021, the Court entered an Order that directed the Parties to meet and confer in-person and to file a joint proposed scheduling order by January 3, 2022. ECF No. 29. On December 23, 2021, counsel for Plaintiffs filed a Notice informing the Court that the Parties had agreed that this "case is not amendable to settlement." ECF No. 36. The Notice also stated that counsel for the Parties would "submit a proposed schedule for resolving the case through cross-motions for summary judgment." *Id.* Accordingly, the Notice requested that the Court "waive the requirement that the parties confer in person before January 3, 2022." *Id.*

The Court therefore **ORDERS** that its Order entered on December 9, 2021, (ECF No. 29) is amended to revoke the requirement that the Parties confer in-person before January 3, 2022.

The Court further **ORDERS** that the Parties must file an agreed, proposed summary-judgment briefing schedule **on or before January 3, 2022.**

**SO ORDERED** on this **23rd day** of **December, 2021.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE