IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AIDAN ANDREWS, JORDYN BLAKEY, and FIREARMS POLICY COALITION, INC.,<br>　　*Plaintiffs*,<br><br>v.<br><br>STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, JOHN FORREST in his official capacity as County Attorney of Parker County, RICHARD E. GLASER, in his official capacity as Criminal District Attorney of Fannin County, and J. BRETT SMITH, in his official capacity as District Attorney of Grayson County,<br>　　*Defendants*, | Civil Action No. 4:21-cv-1245 |

## DEFENDANT STEVEN MCCRAW'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

Defendant Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety ("McCraw") files this Motion for Summary Judgment under Federal Rule of Civil Procedure 56. The grounds for dismissal are set out more fully in Defendant's Brief in Support for Summary Judgment filed concurrently, herewith.

Accordingly, McCraw respectfully requests that the Court grant this Motion for Summary Judgment in its entirety, and dismiss with prejudice all claims asserted against him by Plaintiffs. McCraw further requests all other relief to which he is justly entitled both in law and in equity.

Respectfully submitted:

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division


/s/ *Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
Assistants Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov

***Counsel for Defendant Steven McCraw***

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.


/s/ *Ryan G. Kercher*
RYAN G. KERCHER