# HOUSE JOURNAL
## SEVENTY-FOURTH LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

SIXTY-THIRD DAY — MONDAY, MAY 1, 1995

The house met at 10 a.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 256).

Present — Mr. Speaker; Alexander; Allen; Alonzo; Alvarado; Averitt; Bailey; Berlanga; Black; Bosse; Brady; Brimer; Carona; Carter; Chisum; Clemons; Coleman; Combs; Conley; Cook; Corte; Counts; Crabb; Craddick; Cuellar, H.; Cuellar, R.; Culberson; Danburg; Davila; Davis; De La Garza; Dear; Delisi; Denny; Driver; Dukes; Duncan; Dutton; Edwards; Ehrhardt; Eiland; Elkins; Farrar; Finnell; Gallego; Giddings; Glaze; Goodman; Goolsby; Gray; Greenberg; Grusendorf; Gutierrez; Haggerty; Hamric; Harris; Hartnett; Hawley; Heflin; Hernandez; Hightower; Hilbert; Hilderbran; Hill; Hirschi; Hochberg; Holzheauser; Horn; Howard; Hudson; Hunter, B.; Hunter, T.; Jackson; Janek; Johnson; Jones, D.; Jones, J.; Junell; Kamel; King; Krusee; Kubiak; Kuempel; Lewis, G.; Lewis, R.; Longoria; Luna; Madden; Marchant; Maxey; McCall; McCoulskey; McDonald; Moffat; Moreno; Mowery; Munoz; Naishtat; Nixon; Oakley; Ogden; Oliveira; Park; Patterson; Pickett; Pitts; Place; Price; Puente; Rabuck; Ramsay; Rangel; Raymond; Reyna; Rhodes; Rodriguez; Romo; Rusling; Sadler; Saunders; Seidlits; Serna; Shields; Siebert; Solis; Solomons; Staples; Stiles; Swinford; Talton; Telford; Thompson; Tillery; Torres; Turner, B.; Turner, S.; Uher; Van de Putte; Walker; West; Williamson; Willis; Wilson; Wohlgemuth; Wolens; Woolley; Yarbrough; Yost; Zbranek.

Absent, Excused — Smithee.

The invocation was offered by Reverend Mark Westerfield, Central Baptist Church, Round Rock, as follows:

Our Heavenly Father, what a privilege we have to come to you in prayer this day. You are a God of awesome power and might, and you alone are worthy of our praise. Even through the shaking that our country has endured over the past week, you have not been shaken. You are proving yourself, even now, to be the Great Comforter and the Great Physician, and we are grateful.

Today, I come before you asking simply for your presence. According to your Word, the Bible, where you are there is peace and wisdom and direction. Each of these representatives and constituents of our state come today with need in these areas.

Lord, I pray for protection of the families of these servants as they are away from home. I pray for the integrity of these servants. May they abide closely by not just the law of the land, but the higher law that comes from you.

Lord, help us to watch our step. Help us to acknowledge that your word is the lamp unto our feet and the light unto our path. We humbly submit to you and your plan for us today. Praise you, Father, for life.

I humbly submit this prayer with gratitude in the name of our Lord Jesus Christ. Amen.

EXHIBIT A

1

McCraw 000001

(2) In SECTION 1 of the bill, in proposed Section 1, Article 4413(29ee), Revised Statutes (house committee report, page 1, lines 19-21), strike Subdivision (3) and substitute the following:

"(3) "Exposed handgun" means a handgun carried in a holster that is not concealed and that is designed in a manner that makes the handgun clearly visible to the ordinary observation of another person.".

(3) Strike "a concealed", "concealed", or "conceal" everywhere the terms appear throughout the bill and substitute "an exposed", "exposed", or "expose", as appropriate.

Representative Carter moved to table Amendment No. 3.

The motion to table prevailed.

**Amendment No. 4**

Representative Rangel offered the following amendment to **CSSB 60**:

Amend **CSSB 60** in SECTION 1 of the bill, in proposed Section 2(a)(2), Article 4413(29ee) (House committee report, page 3, line 5), by striking "is at least 21 years of age;" and substituting "is at least 18 years of age;".

Representative Wilson moved to table Amendment No. 4.

A record vote was requested.

The motion to table prevailed by (Record 260): 99 Yeas, 42 Nays, 2 Present, not voting.

Yeas — Alexander; Allen; Averitt; Bailey; Black; Bosse; Brady; Brimer; Carona; Carter; Chisum; Clemons; Combs; Cook; Corte; Counts; Crabb; Craddick; Cuellar, H.; Culberson; Danburg; De La Garza; Dear; Delisi; Denny; Driver; Duncan; Elkins; Finnell; Gallego; Glaze; Goodman; Goolsby; Gray; Grusendorf; Gutierrez; Haggerty; Hamric; Harris; Hartnett; Hawley; Heflin; Hightower; Hilbert; Hilderbran; Hill; Hochberg; Holzheauser; Horn; Howard; Hunter, B.; Hunter, T.; Jackson; Janek; Johnson; Junell; Kamel; Krusee; Kubiak; Kuempel; Lewis, R.; Madden; McCall; McCoulskey; Moffat; Mowery; Nixon; Oakley; Ogden; Park; Patterson; Pitts; Rabuck; Ramsay; Raymond; Reyna; Rhodes; Rodriguez; Rusling; Sadler; Seidlits; Shields; Siebert; Solomons; Staples; Stiles; Swinford; Talton; Telford; Turner, B.; Van de Putte; Walker; West; Williamson; Willis; Wilson; Woolley; Yarbrough; Yost.

Nays — Alonzo; Alvarado; Berlanga; Coleman; Conley; Cuellar, R.; Davila; Davis; Dukes; Dutton; Edwards; Ehrhardt; Eiland; Farrar; Giddings; Greenberg; Hernandez; Hirschi; Jones, D.; King; Lewis, G.; Longoria; Luna; Maxey; McDonald; Moreno; Naishtat; Oliveira; Pickett; Place; Price; Puente; Rangel; Saunders; Serna; Solis; Thompson; Tillery; Torres; Turner, S.; Wohlgemuth; Wolens.

Present, not voting — Mr. Speaker; Uher(C).

Absent, Excused — Smithee.

Absent — Hudson; Jones, J.; Marchant; Munoz; Romo; Zbranek.