IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AIDAN ANDREWS, JORDYN BLAKEY, and FIREARMS POLICY COALITION, INC., <br>     *Plaintiffs,* <br><br> v. <br><br> STEVEN MCCRAW, in his official Capacity as Director of the Texas Department of Public Safety, JOHN FORREST in his official capacity as County Attorney of Parker County, RICHARD E. GLASER, in his official capacity as Criminal District Attorney of Fannin County, and J. BRETT SMITH, in his official capacity as District Attorney of Grayson County, <br>     *Defendants,* | § § § § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-1245 |

## DEFENDANT RICHARD E. GLASER'S DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Richard E. Glaser, in his official capacity as the Criminal District Attorney of Fannin County, Texas ("Glaser"), files this his Declaration in Support of Motion for Summary Judgment, and respectfully shows this Court the following:

1. My name is Richard E. Glaser. I am over the age of eighteen (18) years of age. I have never been convicted of a crime involving moral turpitude, and I am fully competent to make this affidavit. I have personal knowledge of the facts stated herein as a result of my position as the Fannin County Criminal District Attorney, and they are all true and correct.

2. I am currently the elected Criminal District Attorney of Fannin County, Texas. Pursuant to Tex. Gov't Code § 44.174, I was elected by the Fannin County

Citizens to serve as the Fannin County Criminal District Attorney beginning January 1 2005. I was first elected to my office in the 2004 General Election, and have been re-elected to consecutive four year terms. My current, full term will run through December 31, 2024.

3.  The Fannin County Criminal District Attorney's Office has not prosecuted, nor is it currently investigating, Jordyn Blakey for any offense related to her alleged unlawful carrying of a weapon.

4.  The Fannin County Criminal District Attorney's Office has not prosecuted, nor is it currently investigating, Aidan Andrews for any offense related to his alleged unlawful carrying of a weapon.

5.  The Fannin County Criminal District Attorney's Office has not prosecuted, nor is it currently investigating, Firearms Policy Coalition, Inc., for any offense related to the offense of unlawfully carrying a weapon.

6.  Although a corporation generally can be defined as a person for purposes of the Texas Penal Code, I do not believe that a corporation can be held liable for violating Texas Penal Code § 46.02(a) because a corporation cannot carry a handgun on or about its person. *See Christian* v. *Stale,* 686 S.W.2d 930, 932-33 (Tex. Crim. App. 1985). Although the Texas Court of Criminal Appeals has held that a corporation may be liable for the criminal actions of its agents or employees, *see Vaughn* & *Sons. Inc. v. State,* 737 S.W.2d 805, 812-15 (Tex. Crim. App. 1987), I have not found any case that holds a corporation liable for the offense of unlawfully carrying a weapon. In light of amendments in 2019 to Texas Penal Code §7.21, in which the term "agent" is defined as a director, officer, employee, or other person authorized to act in behalf of a corporation or association, I do not believe that Firearms Policy Coalition, Inc., can ever be prosecuted by my office in Fannin County, Texas, simply because one of its members unlawfully carries a weapon in violation of Texas Penal Code §46.02(a).

7.  The Fannin County Criminal District Attorney's Office does not initiate any criminal investigations in light of the opinion from the United States District Court for the Eastern District of Texas in *Wooten* v. *Roach,* 431 F.Supp. 875, 904-05 (E.D. Tex. 2019) (creating and pursuing a criminal investigation for something that is not a crime is a violation of a person's constitutional rights). As a result, in order for my office to consider prosecuting Plaintiffs Jordyn Blakey or Aidan Andrews, or any other person under 21

years of age, for a violation of Section 46.02(a) of the Texas Penal Code, another law enforcement agency (i.e., not the Fannin County Criminal District Attorney's Office) would have to present a case to my office for prosecution, which means Plaintiffs Jordyn Blakey or Aidan Andrews, or any other person, would first have to be arrested or investigated by another law enforcement agency with jurisdiction in Fannin County, Texas.

8. Attached hereto as Exhibit "A" is a true and correct copy of excerpts from the Texas Department of Public Safety's official Crime in Texas report for the year 2020. The full report may be obtained from                      or                      viewed                      at https://www.dps.texas.gov/sites/default/files/documents/crimereports/20/2020cit.pdf.

9. Attached hereto as Exhibit "B" is a true and correct copy of an online news story written by Emma Tucker and Priya Krishnakumar, "States With Weaker Gun Laws Have Higher Rates of Firearm Related Homicides and Suicides, Study Finds," published online by CNN on January 20, 2022. This article may be found online at https://www.cnn.com/2022/01/20/us/everytown-weak-gun-laws-high-gun-deaths-study/index.html.

10. Attached hereto as Exhibit "C" is a true and correct copy of a report by Everytown Research & Policy, "Gun Safety Policies Save Lives," published on January 20, 2022. This report may be found online at https://everytownresearch.org/rankings/.

11. Attached hereto as Exhibit "D" is a true and correct copy of an editorial column written by Jill Filipovic, "The Question We Should Be Asking About Violent Crime in American Cities," published online by CNN on January 19, 2022. This article may be found online at https://www.cnn.com/2022/01/19/opinions/america-crime-trends-filipovic/index.html.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements arc true and correct. Executed in Fannin County, Texas, on February 18, 2022.

Richard E. Glaser
Fannin County Criminal District Attorney
State Bar No. 08000000

Exh. A



# CRIME IN TEXAS
## 2020

Table of Contents

EXECUTIVE SUMMARY ................................................................................................ 1
INDEX CRIME TRENDS ............................................................................................... 4
TEXAS CRIME SUMMARY ......................................................................................... 10
TEXAS ARRESTS ....................................................................................................... 24
CRIME ANALYSIS ....................................................................................................... 42
    Murder .................................................................................................................... 42
    Rape ....................................................................................................................... 50
    Robbery .................................................................................................................. 53
    Aggravated Assault ................................................................................................ 58
    Burglary .................................................................................................................. 62
    Larceny-Theft ......................................................................................................... 67
    Motor Vehicle Theft ................................................................................................ 72
    Arson ...................................................................................................................... 76
    Human Trafficking .................................................................................................. 81
SELECT NON-INDEX CRIMES ................................................................................... 84
    Driving Under The Influence Arrests ...................................................................... 84
    Weapon Arrests ..................................................................................................... 85
    Cargo Theft ............................................................................................................ 87
    Family Violence ...................................................................................................... 90
    Hate Crime ............................................................................................................. 96
    Sexual Assault ..................................................................................................... 103
APPENDICES ............................................................................................................ 110
GLOSSARY OF TERMS ............................................................................................ 113

# EXECUTIVE SUMMARY

The Texas Department of Public Safety (DPS) is responsible for collecting crime statistics from local law enforcement agencies and submitting the information to the Federal Bureau of Investigation (FBI) for inclusion in the national Uniform Crime Reporting (UCR) Program. DPS publishes this annual crime report and provides the data in a searchable format on its public website. Participation in the FBI UCR Program is voluntary, and as of 12/31/2020, 1,220 Texas law enforcement agencies submit crime data to the program.

Detailed, accurate, and timely crime data enables the identification of patterns and trends within and across jurisdictions and is essential in developing, implementing, and assessing evidence-based policing strategies.  This data is also important to policymakers at all levels in the performance of their public safety responsibilities, and it provides Texas citizens meaningful information about crime in their communities and state.

For almost a century, the primary means to collect and report national crime statistics had been the Summary Reporting System (SRS) methodology in the FBI's UCR Program. SRS collected data on eight crime types, called index crimes, divided into two categories: violent crime (murder, rape, robbery, and aggravated assault) and property crime (burglary, larceny-theft, motor vehicle theft, and arson).

2020 was the last year that the FBI and DPS accepted SRS data submissions.  Beginning in 2021, crime data will only be reported to the FBI's National Incident-Based Reporting System (NIBRS).

## *National Incident-Based Reporting System*

DPS has been working with Texas law enforcement agencies over the past five years to help them transition to NIBRS electronic submissions and away from the outdated SRS submissions. NIBRS derives its data from law enforcement automated record management systems, eliminating the time-consuming manual reporting process.

NIBRS collects data on a single incident and arrests within 22 offense categories of 46 specific crimes called Group A offenses. For each offense reported to law enforcement, specified types of facts about each crime are reported. In addition to the Group A[1] offenses, there are 11 Group B[2] offense categories for which only arrest data are reported.

NIBRS will be able to furnish information on several major criminal justice issues, including gangs, organized crime, terrorism, sex trafficking, child pornography, hate crimes, weapons offenses, drug offenses, child abuse, elderly abuse, domestic violence, white collar crime, juvenile crime, drug and alcohol-related offenses and driving under the influence.

---

[1] Group A Offenses include: Arson, Assault, Burglary, Counterfeiting, Destruction of Property, Drug Offenses, Embezzlement, Extortion, Fraud, Gambling, Homicide, Human Trafficking, Kidnapping, Larceny/Theft, Motor Vehicle Theft, Pornography, Prostitution, Robbery, Sex Offenses, Stolen Property and Weapons offenses.

[2] Group B Offenses include: Bad Checks, Curfew/Vagrancy, Disorderly Conduct, Driving Under the Influence, Drunkenness, Family Offenses (Non Violent), Liquor Law Violations, Peeping Tom, Trespassing and Other Offenses.

1

## *2020 Texas Crime Index*

The annual crime index for Texas is reported by rate and by volume. The index crime rate is the number of the identified offenses committed per 100,000 population. Doing so allows for consistent comparisons between years without the impact of population changes. The FBI provides yearly population totals based on Census Bureau estimations to calculate the index crime rate in local and state jurisdictions. Crime volume is the aggregate sum of the offenses.

In 2020, the Texas index crime rate was 2,666.7 crimes per 100,000 population, a 4.0% decrease from 2019 based upon the Census Bureau 2020 population estimation of 29,360,759. The index crime volume in 2020 was 782,974, a 2.8% decrease over 2019 numbers. The Total Texas Crime Rate includes both violent and property crimes and calculates them together. The violent crime rate increased by 6.6% from 2019 while violent crime volume increased by 7.9%. The property crime rate decreased by 5.9% from 2019 with a 4.7% decrease in property crime volume from 2019 figures.

*Table ES 1: Crime Rate by Offense[1,2]*

| Texas Crime Rate by Offense | | | |
|---|---|---|---|
| *Offense* | *2020* | *2019* | *% Change* |
| Murder | 6.6 | 4.8 | 35.6 |
| Rape | 45.4 | 50.5 | -10.2 |
| Robbery | 91.1 | 99.5 | -8.4 |
| Aggravated Assault | 299.8 | 260.7 | 15.0 |
| *Violent Crime Total* | *442.9* | *415.6* | *6.6* |
| Burglary | 367.9 | 387.7 | -5.1 |
| Larceny-Theft | 1,571.6 | 1,711.5 | -8.2 |
| Motor Vehicle Theft | 284.4 | 264.5 | 7.5 |
| *Property Crime Total* | *2,223.9* | *2,363.7* | *-5.9* |
| **Total** | **2,666.7** | **2,779.3** | **-4.0** |

*Table ES 2: Index Crime Volume by Offense[1,2]*

| Texas Index Crime Volume by Offense | | | |
|---|---|---|---|
| *Offense* | *2020* | *2019* | *% Change* |
| Murder | 1,927 | 1,403 | 37.3 |
| Rape | 13,327 | 14,656 | -9.1 |
| Robbery | 26,750 | 28,854 | -7.3 |
| Aggravated Assault | 88,030 | 75,595 | 16.4 |
| *Violent Crime Total* | *130,034* | *120,508* | *7.9* |
| Burglary | 108,015 | 112,405 | -3.9 |
| Larceny-Theft | 461,421 | 496,279 | -7.0 |
| Motor Vehicle Theft | 83,504 | 76,687 | 8.9 |
| *Property Crime Total* | *652,940* | *685,371* | *-4.7* |
| **Total** | **782,974** | **805,879** | **-2.8** |

---

[1] All percentages rounded to the nearest tenth.
[2] Percentages below 0.1 percent are displayed as 0.0 percent.

# TEXAS ARRESTS

## SUMMARY OF ARREST

*Table 3.1: Juvenile and Adult Arrest Summary*

| CLASSIFICATION OF OFFENSES | Juvenile | Adult | Total |
|---|---|---|---|
| Murder and Non-negligent Manslaughter | 34 | 951 | 985 |
| Manslaughter by Negligence | 6 | 76 | 82 |
| Rape | 233 | 1,595 | 1,828 |
| Robbery | 768 | 4,562 | 5,330 |
| Aggravated Assault | 1,285 | 23,191 | 24,476 |
| Burglary - Breaking or Entering | 802 | 7,402 | 8,204 |
| Larceny-Theft (Except Motor Vehicle Theft) | 2,961 | 39,801 | 42,762 |
| Motor Vehicle Theft | 814 | 5,200 | 6,014 |
| Other Assaults (Simple) | 5,501 | 73,922 | 79,423 |
| Arson | 57 | 403 | 460 |
| Forgery and Counterfeiting | 29 | 2,763 | 2,792 |
| Fraud | 128 | 4,843 | 4,971 |
| Embezzlement | 7 | 232 | 239 |
| Stolen Property (Buying, Receiving, Possessing) | 75 | 859 | 934 |
| Vandalism | 901 | 5,693 | 6,594 |
| Weapons (Carrying, Possessing, etc.) | 437 | 13,378 | 13,815 |
| *Prostitution and Commercialized Vice Total* | *8* | *1,479* | *1,487* |
| Prostitution | 5 | 1,234 | 1,239 |
| Assisting or Promoting Prostitution | 0 | 148 | 148 |
| Purchasing Prostitution | 3 | 97 | 100 |
| Sex Offenses (Except Rape and Prostitution) | 143 | 1,067 | 1,210 |
| *Drug Abuse Violations Total* | *2,623* | *86,028* | *88,651* |

## ADULT MALE ARRESTS[1]

### Table 3.4.1: Adult Male Ages 17 to 29 Arrest Summary

| CLASSIFICATION OF OFFENSES | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25-29 |
|---|---|---|---|---|---|---|---|---|---|
| Murder and Non-negligent Manslaughter | 51 | 53 | 61 | 47 | 56 | 49 | 35 | 22 | 127 |
| Manslaughter by Negligence | 3 | 2 | 5 | 5 | 2 | 3 | 3 | 2 | 14 |
| Rape | 42 | 50 | 62 | 63 | 71 | 52 | 50 | 46 | 206 |
| Robbery | 397 | 360 | 275 | 282 | 180 | 148 | 154 | 122 | 654 |
| Aggravated Assault | 360 | 485 | 470 | 642 | 561 | 555 | 576 | 614 | 3,134 |
| Burglary - Breaking or Entering | 286 | 255 | 259 | 214 | 190 | 200 | 202 | 213 | 1,134 |
| Larceny-Theft (Except Motor Vehicle Theft) | 883 | 1,000 | 924 | 939 | 721 | 762 | 678 | 719 | 3,850 |
| Motor Vehicle Theft | 202 | 182 | 139 | 139 | 128 | 143 | 125 | 137 | 775 |
| Other Assaults (Simple) | 995 | 1,133 | 1,242 | 1,890 | 1,490 | 1,693 | 1,718 | 1,716 | 9,906 |
| Arson | 9 | 7 | 1 | 6 | 7 | 14 | 6 | 11 | 50 |
| Forgery and Counterfeiting | 24 | 49 | 57 | 55 | 58 | 67 | 55 | 52 | 334 |
| Fraud | 44 | 63 | 91 | 113 | 97 | 71 | 90 | 94 | 595 |
| Embezzlement | 4 | 4 | 9 | 8 | 5 | 7 | 3 | 5 | 24 |
| Stolen Property (Buying, Receiving, Possessing) | 30 | 34 | 28 | 27 | 22 | 23 | 24 | 22 | 118 |
| Vandalism | 177 | 173 | 150 | 179 | 166 | 147 | 187 | 132 | 838 |
| Weapons (Carrying, Possessing, etc.) | 421 | 544 | 581 | 753 | 742 | 680 | 675 | 575 | 2,615 |
| *Prostitution and Commercialized Vice Total* | *2* | *5* | *9* | *16* | *16* | *17* | *13* | *15* | *110* |
| Prostitution | 1 | 4 | 6 | 8 | 8 | 14 | 7 | 10 | 77 |
| Assisting or Promoting Prostitution | 1 | 1 | 2 | 5 | 6 | 1 | 3 | 3 | 19 |
| Purchasing Prostitution | 0 | 0 | 1 | 3 | 2 | 2 | 3 | 2 | 14 |
| Sex Offenses (Except Rape and Prostitution) | 25 | 35 | 28 | 46 | 40 | 30 | 20 | 21 | 129 |
| *Drug Abuse Violations Total* | *1,779* | *2,599* | *2,865* | *3,685* | *2,668* | *2,566* | *2,432* | *2,218* | *11,833* |
| *(1) Sale/Manufacturing - Subtotal* | *171* | *291* | *278* | *1,031* | *311* | *313* | *313* | *277* | *1,723* |
| Opium/Cocaine | 52 | 45 | 37 | 44 | 63 | 63 | 43 | 51 | 311 |
| Marijuana | 41 | 88 | 73 | 80 | 65 | 43 | 48 | 38 | 140 |

---

[1] Totals do not include incidents with unknown ethnicity, so the overall totals in the breakdown charts may not equal to the overall totals for the state.

## ADULT MALE ARRESTS[1] (Continued)

### Table 3.4.2: Adult Male Ages 30 and Over Arrest Summary

| CLASSIFICATION OF OFFENSES | 30-34 | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60-64 | 65 OVER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Murder and Non-negligent Manslaughter | 98 | 101 | 49 | 25 | 19 | 23 | 14 | 7 | 837 |
| Manslaughter by Negligence | 8 | 5 | 3 | 2 | 1 | 1 | 2 | 1 | 62 |
| Rape | 220 | 171 | 136 | 112 | 83 | 48 | 36 | 46 | 1,494 |
| Robbery | 467 | 351 | 199 | 123 | 86 | 59 | 33 | 16 | 3,906 |
| Aggravated Assault | 2,773 | 2,265 | 1,708 | 1,161 | 900 | 765 | 485 | 362 | 17,816 |
| Burglary - Breaking or Entering | 985 | 793 | 550 | 360 | 252 | 151 | 75 | 41 | 6,160 |
| Larceny-Theft (Except Motor Vehicle Theft) | 3,696 | 3,220 | 2,275 | 1,710 | 1,454 | 1,039 | 566 | 335 | 24,771 |
| Motor Vehicle Theft | 764 | 598 | 393 | 210 | 155 | 86 | 24 | 16 | 4,216 |
| Other Assaults (Simple) | 9,128 | 7,615 | 5,333 | 3,728 | 2,771 | 2,050 | 1,178 | 840 | 54,426 |
| Arson | 65 | 45 | 32 | 15 | 17 | 17 | 11 | 2 | 315 |
| Forgery and Counterfeiting | 320 | 270 | 210 | 118 | 115 | 69 | 31 | 14 | 1,898 |
| Fraud | 612 | 432 | 328 | 221 | 112 | 104 | 47 | 24 | 3,138 |
| Embezzlement | 13 | 22 | 12 | 8 | 3 | 3 | 5 | 1 | 136 |
| Stolen Property (Buying, Receiving, Possessing) | 99 | 97 | 62 | 42 | 24 | 11 | 1 | 1 | 665 |
| Vandalism | 742 | 569 | 384 | 215 | 156 | 123 | 66 | 40 | 4,444 |
| Weapons (Carrying, Possessing, etc.) | 1,733 | 1,134 | 692 | 510 | 260 | 231 | 134 | 57 | 12,337 |
| *Prostitution and Commercialized Vice Total* | *116* | *77* | *65* | *55* | *30* | *38* | *23* | *27* | *634* |
| Prostitution | 80 | 53 | 44 | 41 | 17 | 27 | 19 | 17 | 433 |
| Assisting or Promoting Prostitution | 22 | 13 | 6 | 5 | 5 | 7 | 1 | 6 | 106 |
| Purchasing Prostitution | 14 | 11 | 15 | 9 | 8 | 4 | 3 | 4 | 95 |
| Sex Offenses (Except Rape and Prostitution) | 127 | 146 | 99 | 72 | 51 | 46 | 39 | 63 | 1,017 |
| *Drug Abuse Violations Total* | *9,859* | *8,182* | *5,703* | *3,406* | *2,387* | *1,691* | *850* | *401* | *65,124* |
| *(1) Sale/Manufacturing Subtotal* | *1,654* | *1,431* | *1,059* | *625* | *398* | *272* | *131* | *88* | *10,366* |
| Opium/Cocaine | 279 | 239 | 221 | 123 | 69 | 61 | 27 | 24 | 1,752 |
| Marijuana | 77 | 55 | 30 | 25 | 11 | 7 | 1 | 2 | 824 |

[1] Totals do not include incidents with unknown ethnicity, so the overall totals in the breakdown charts may not equal the overall totals for the state.

## ADULT FEMALE ARRESTS[1]

### Table 3.5.1: Adult Female Ages 17 to 29 Arrest Summary

| CLASSIFICATION OF OFFENSES | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25-29 |
|---|---|---|---|---|---|---|---|---|---|
| Murder and Non-negligent Manslaughter | 3 | 7 | 3 | 6 | 4 | 3 | 3 | 7 | 21 |
| Manslaughter by Negligence | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 3 |
| Rape | 1 | 1 | 1 | 1 | 12 | 4 | 1 | 3 | 12 |
| Robbery | 47 | 36 | 43 | 51 | 21 | 31 | 17 | 29 | 107 |
| Aggravated Assault | 100 | 127 | 153 | 197 | 179 | 180 | 216 | 179 | 945 |
| Burglary - Breaking or Entering | 44 | 36 | 39 | 55 | 45 | 38 | 47 | 53 | 234 |
| Larceny-Theft (Except Motor Vehicle Theft) | 486 | 683 | 677 | 621 | 490 | 507 | 479 | 467 | 2,202 |
| Motor Vehicle Theft | 32 | 30 | 32 | 24 | 38 | 36 | 31 | 28 | 199 |
| Other Assaults (Simple) | 534 | 518 | 612 | 844 | 687 | 705 | 648 | 653 | 3,464 |
| Arson | 0 | 2 | 2 | 4 | 4 | 4 | 0 | 2 | 14 |
| Forgery and Counterfeiting | 5 | 14 | 20 | 20 | 21 | 23 | 23 | 33 | 154 |
| Fraud | 23 | 27 | 37 | 58 | 43 | 53 | 48 | 57 | 301 |
| Embezzlement | 4 | 2 | 3 | 6 | 6 | 4 | 3 | 3 | 15 |
| Stolen Property (Buying, Receiving, Possessing) | 2 | 8 | 7 | 6 | 6 | 5 | 6 | 10 | 30 |
| Vandalism | 37 | 26 | 41 | 49 | 37 | 47 | 45 | 58 | 271 |
| Weapons (Carrying, Possessing, etc.) | 24 | 30 | 27 | 42 | 45 | 37 | 49 | 45 | 239 |
| *Prostitution and Commercialized Vice Total* | *2* | *29* | *44* | *81* | *65* | *43* | *44* | *37* | *140* |
| Prostitution | 1 | 25 | 44 | 78 | 62 | 42 | 41 | 36 | 132 |
| Assisting or Promoting Prostitution | 0 | 4 | 0 | 3 | 3 | 1 | 3 | 1 | 7 |
| Purchasing Prostitution | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Sex Offenses (Except Rape and Prostitution) | 1 | 4 | 0 | 4 | 2 | 0 | 1 | 1 | 10 |
| *Drug Abuse Violations Total* | *422* | *740* | *751* | *1,067* | *746* | *750* | *712* | *726* | *3,702* |
| *(1) Sale/Manufacturing - Subtotal* | *36* | *78* | *77* | *328* | *73* | *87* | *78* | *104* | *568* |
| Opium or Cocaine and Their Derivatives | 6 | 10 | 11 | 11 | 12 | 16 | 13 | 16 | 92 |

---

[1] Totals do not include incidents with unknown ethnicity, so the overall totals in the breakdown charts may not equal the overall totals for the state.

# ADULT FEMALE ARRESTS[1] (Continued)

## Table 3.5.2: Adult Female Ages 30 and Over Arrest Summary

| CLASSIFICATION OF OFFENSES | 30-34 | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60-64 | 65 OVER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Murder and Non-negligent Manslaughter | 13 | 15 | 6 | 5 | 4 | 5 | 5 | 4 | 114 |
| Manslaughter by Negligence | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 14 |
| Rape | 28 | 16 | 8 | 7 | 3 | 3 | 0 | 0 | 101 |
| Robbery | 91 | 67 | 51 | 30 | 23 | 8 | 3 | 1 | 656 |
| Aggravated Assault | 863 | 714 | 522 | 348 | 289 | 186 | 102 | 75 | 5,375 |
| Burglary - Breaking or Entering | 232 | 156 | 129 | 60 | 32 | 30 | 10 | 2 | 1,242 |
| Larceny-Theft (Except Motor Vehicle Theft) | 2,270 | 2,061 | 1,386 | 1,035 | 733 | 479 | 266 | 188 | 15,030 |
| Motor Vehicle Theft | 183 | 152 | 88 | 59 | 30 | 16 | 5 | 1 | 984 |
| Other Assaults (Simple) | 3,100 | 2,578 | 1,771 | 1,235 | 950 | 640 | 330 | 227 | 19,496 |
| Arson | 20 | 14 | 3 | 3 | 8 | 5 | 2 | 1 | 88 |
| Forgery and Counterfeiting | 155 | 154 | 104 | 63 | 31 | 30 | 8 | 7 | 865 |
| Fraud | 330 | 259 | 173 | 113 | 98 | 51 | 22 | 12 | 1,705 |
| Embezzlement | 15 | 8 | 11 | 7 | 4 | 2 | 2 | 1 | 96 |
| Stolen Property (Buying, Receiving, Possessing) | 42 | 27 | 18 | 12 | 8 | 2 | 5 | 0 | 194 |
| Vandalism | 226 | 155 | 90 | 70 | 48 | 21 | 13 | 15 | 1,249 |
| Weapons (Carrying, Possessing, etc.) | 173 | 138 | 89 | 47 | 26 | 17 | 7 | 6 | 1,041 |
| *Prostitution and Commercialized Vice (Total)* | *114* | *74* | *56* | *43* | *39* | *25* | *7* | *2* | *845* |
| Prostitution | 109 | 69 | 53 | 38 | 38 | 25 | 6 | 2 | 801 |
| Assisting or Promoting Prostitution | 5 | 5 | 3 | 5 | 1 | 0 | 1 | 0 | 42 |
| Purchasing Prostitution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Sex Offenses (Except Rape and Prostitution) | 11 | 9 | 3 | 1 | 1 | 1 | 1 | 0 | 50 |
| *Drug Abuse Violations - (Total)* | *3,542* | *3,012* | *1,981* | *1,297* | *776* | *428* | *185* | *67* | *20,904* |
| *(1) Sale/Manufacturing - Subtotal* | *606* | *528* | *310* | *188* | *115* | *72* | *35* | *12* | *3,295* |
| Opium/Cocaine | 96 | 75 | 36 | 33 | 20 | 20 | 10 | 3 | 480 |
| Marijuana | 14 | 15 | 7 | 3 | 2 | 4 | 4 | 0 | 170 |

---

[1] Totals do not include incidents with unknown ethnicity, so the overall totals in the breakdown charts may not equal the overall totals for the state.

12

**Graph 4.2: Volume of Murder Offenses by Month in 2020**



## Rate

The murder rate for Texas in 2020 was 6.6 murders for every 100,000 persons, which is a 35.6% increase from 2019.

## Clearance Rate[1]

Texas law enforcement agencies cleared 53.1% of all murders by arrest or exceptional means in 2020.

## Murder Weapons

Of the 1,927 murders in 2020, 80.6% were committed by the use of firearms. Knives or cutting instruments were the weapons of choice in 7.3% of the reported cases. 1.4% of murders were by blunt objects. Also, in 7.3% of murders, the weapon was listed as Other/Unknown, including poison, fire, drug, drowning, strangulation, and asphyxiation. In the remaining 3.5% of the murders, strong-arm weapons (hands, feet, and fists) were used.

## Firearms

Of the murders in which firearms were the instrument, handguns accounted for 50.3% of the weapons (or 40.5% of all murders). Rifles were 4.1%, shotguns were 1.9% and "unknown firearms" (whose type was not stated) accounted for the remaining 43.7% of firearms used in murders.

---

[1] Clearance by arrest or exceptional clearances are further explained in 'Index Crime Trends.

**Graph 4.3: Percentage of Weapon Types Used in Murder[1]**



**Graph 4.4: Percentage of Firearm Types Used in Murder[2]**



## Justifiable Homicide

For Uniform Crime Reporting purposes, Justifiable Homicide is defined as the killing of a felon by a peace officer in the line of duty or the killing (during the commission of a felony) of a felon by a private citizen.

Justifiable homicide is not a crime; however, statistics on murder circumstances and victim/offender relationships on the next page include justifiable homicides. In 2020, there were 80 justifiable homicides, of which 38 were felons killed by private citizens, and 42 were felons killed by police.

## Negligent Manslaughter

For Uniform Crime Reporting purposes, Negligent Manslaughter is defined as the killing of another person through negligence.

---

[1] All percentages are rounded to the nearest tenth. Please be advised that due to rounding protocol, some graphs may reflect percentages that are slightly greater or less than 100% when totaled.
[2] All percentages are rounded to the nearest tenth.

14

This is included in the statistics on the next page are those killed through negligent manslaughter. These incidents can include but are not limited to accidental deaths due to firearms. Accidental traffic fatalities are not collected as part of UCR.

## *Persons Arrested*

Texas law enforcement agencies made 985 murder arrests in 2020, an increase of 32.2% compared to 2019.

**Graph 4.5: Murder Arrestees**



15

## Murder Circumstances

Supplementary homicide information on murder circumstances is collected in two broad categories: felony type and non-felony type. While all murders are felonies in Texas, non-felony type circumstances (felon killed by police officer- felon killed in commission of crime) occur in conjunction with the commission of a criminal offense. While 40.4% were non-felony circumstances, 36.5% of these instances were where facts do not permit the determination of circumstances.

### Table 4.6: Percentage of Felony Murder Circumstances[1,2]

| Offense Type | Total Group % | Circumstance | Total % |
|---|---|---|---|
| Felony | 59.6 | Rape | 0.0 |
| | | Robbery | 4.6 |
| | | Burglary | 0.6 |
| | | Larceny-theft | 0.4 |
| | | Motor Vehicle Theft | 1.1 |
| | | Arson | 0.5 |
| | | Prostitution and Commercialized Vice | 0.0 |
| | | Other Sex Offenses | 0.0 |
| | | Narcotic Drug Laws | 6.8 |
| | | Gambling | 0.0 |
| | | Other-not specified | 1.7 |
| | | Human Trafficking/Commercial Sex Acts | 0.0 |
| | | Human Trafficking/Involuntary Servitude | 0.0 |
| | | Abortion | 0.0 |
| | | Lover's Triangle | 0.4 |
| | | Child Killed by Babysitter | 0.0 |
| | | Brawl Due to Influence of Alcohol | 1.5 |
| | | Brawl Due to Influence of Narcotics | 1.2 |
| | | Argument Over Money or Property | 0.2 |
| | | Other Arguments | 20.8 |
| | | Gangland Killings | 2.3 |
| | | Juvenile Gang Killings | 0.1 |
| | | Institutional Killings | 0.0 |
| | | Sniper Attack | 0.0 |
| | | Other | 17.2 |
| | | All suspected felony types | 0.0 |

[1] All percentages are rounded to the nearest tenth and every percentage below 0.1% are displayed as 0.0%.
[2] Please be advised that the total percentages reflected in each category may not equal the group percentage listed due to raw data being captured prior to rounding protocol.

**Table 4.7: Percentage of Non-Felony Murder Circumstances[1,2]**

| Offense Type | Total Group % | Circumstance | Total % |
|---|---|---|---|
| Non-Felony | 40.4 | Felon killed by private citizen - Felon attacked police officer | 0.0 |
| | | Felon killed by private citizen - Felon attacked fellow police officer | 0.0 |
| | | Felon killed by private citizen - Felon attacked a civilian | 0.5 |
| | | Felon killed by private citizen - Felon attempted flight from a crime | 0.0 |
| | | Felon killed by private citizen - Felon killed in commission of a crime | 0.8 |
| | | Felon killed by private citizen - Felon resisted arrest | 0.0 |
| | | Felon killed by private citizen - Not enough information to determine | 0.0 |
| | | Felon killed by police - Felon attacked police officer | 1.3 |
| | | Felon killed by police - Felon attacked fellow police officer | 0.0 |
| | | Felon killed by police - Felon attacked a civilian | 0.1 |
| | | Felon killed by police - Felon attempted flight from a crime | 0.0 |
| | | Felon killed by police - Felon killed in commission of a crime | 0.0 |
| | | Felon killed by police - Felon resisted arrest | 0.1 |
| | | Felon killed by police - Not enough information to determine | 0.0 |
| | | All instances where facts do not permit determination of circumstances | 36.5 |
| | | Victim shot in hunting accident | 0.0 |
| | | Gun-cleaning death-other than self-inflicted | 0.0 |
| | | Children playing with gun | 0.1 |
| | | Other negligent handling of gun which results in death of another | 0.1 |
| | | All other manslaughter by negligence except traffic deaths | 0.7 |
| | | No circumstance found | 0.0 |

---

[1] All percentages are rounded to the nearest tenth and every percentage below 0.1% are displayed as 0.0%. The total percentages reflected in each category may not equal the group percentage listed due to raw data being captured prior to rounding protocol.
[2] Statistics on murder circumstances and the relationship of victim to offender, includes Non-Negligent Manslaughter and justifiable homicide.

## Relationships

The highest reported percentage was Unknown Relationships at 39.5%. "Unknown Relationship" for UCR purposes refers to relationships of the victim to the offender that cannot be determined.

*Table 4.8: Percentage of Murder Victims with Family Relationships[1,2,3]*

| Relationship Type | Total Group % | Victim's Relationship | Total % |
|---|---|---|---|
| Family | 12.4 | Husband | 0.6 |
| | | Wife | 2.1 |
| | | Common-Law Husband | 0.2 |
| | | Common-Law Wife | 0.4 |
| | | Mother | 0.9 |
| | | Father | 0.8 |
| | | Son | 1.3 |
| | | Daughter | 1.1 |
| | | Brother | 0.6 |
| | | Sister | 0.3 |
| | | In-Law | 0.5 |
| | | Stepfather | 0.2 |
| | | Stepmother | 0.1 |
| | | Stepson | 0.3 |
| | | Stepdaughter | 0.3 |
| | | Other Family | 2.9 |

*Table 4.9: Percentage of Murder Victims with Non-Family Relationships[1,3]*

| Relationship Type | Total Group % | Victim's Relationship | Total % |
|---|---|---|---|
| Non-Family (But Known to Victim) | 26.3 | Neighbor | 0.6 |
| | | Acquaintance | 15.7 |
| | | Boyfriend | 1.0 |
| | | Girlfriend | 2.8 |
| | | Ex-Husband | 0.1 |
| | | Ex-Wife | 0.2 |
| | | Employee | 0.0 |
| | | Employer | 0.0 |
| | | Friend | 2.3 |
| | | Homosexual Relationship | 0.0 |
| | | Otherwise Known to Victim | 3.6 |

---

[1] All percentages are rounded to the nearest tenth. Every percentage below 0.1% is displayed as 0.0%.
[2] The total percentages reflected in each category may not equal the group percentage listed due to raw data being captured prior to rounding protocol.
[3] Statistics on murder circumstances and the relationship of victim to offender includes non-negligent manslaughter and Justifiable Homicide.

**Table 4.10: Percentage of Murder Victims with Other Relationships[1]**

| Relationship Type | Total Group % | Victim's Relationship | Total % |
|---|---|---|---|
| Other | 61.3 | Stranger | 21.8 |
| | | Unknown Relationship | 39.5 |

## Murder Victims

Law enforcement agencies participating in the UCR program provide additional homicide information through the Supplemental Homicide Reporting system. Information is provided that identifies the age, sex, race and ethnic origin of both victims and offenders; the relationship of the victim to the offender; the murder weapon; and the circumstances of the offense.

**Graph 4.11: Number of Murder Victims by Age and Sex**



---
[1] All percentages are rounded to the nearest tenth.

**Graph 4.12: Number of Murder Offenders by Age and Sex**



## *RAPE*

### <u>Definition</u>

For Uniform Crime Reporting purposes, Rape is defined as "penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim."

Statistics reported in this crime category include assaults to commit rape; however, statutory rape is excluded. The FBI changed the UCR definition of Rape in 2014. From that point on, both males and females may be considered a victim as opposed to only females. This was a change from prior years where sexual assaults on males were excluded. This change contributed to a statistical increase in reported Rapes.

### <u>Analysis</u>

### *Volume*

The reported number of rapes committed in Texas in 2020 was 13,327. This represented a decrease of 9.1% in the number of rapes when compared to 2019.

### *Rate*

The rape rate for Texas in 2020 was 45.4 rapes for every 100,000 persons. This is a decrease of 10.2% compared to 2019.

20

**Graph 4.3.8: Robbery Offenses by Location**



**Graph 4.3.9: Percentage of Robbery by Location[1]**



# AGGRAVATED ASSAULT

## Definition

For Uniform Crime Reporting purposes, Aggravated Assault is defined as an unlawful attack by one person upon another to inflict severe or aggravated bodily injury. This type of assault is usually accompanied by the use of a weapon or by means likely to produce death or serious bodily harm. Statistics for aggravated assault include attempts to commit aggravated assault.



[1] All percentages rounded to the nearest tenth. Due to rounding protocol, some graphs may reflect percentages that are slightly greater or less than 100% when totaled.

21

## *Analysis*

### *Volume*

The reported number of aggravated assaults committed in Texas in 2020 was 88,030. This represented an increase of 16.4% when compared to 2019.

### *Rate*

The aggravated assault rate for Texas in 2020 was 299.8 aggravated assaults for every 100,000 persons. The change in the rate of aggravated assault from 2019 was an increase of 15.0%.

*Graph 4.4.1: Volume of Aggravated Assault Offenses from 2010 - 2020*



22

*Graph 4.4.2: Aggravated Assault by Month for 2020*



## Nature

Of all reported aggravated assaults in 2020, 43.3% were committed with the use of firearms. Other dangerous weapons accounted for 26.9% of the aggravated assaults. Knives or cutting instruments accounted for 18.3%, and "strong-arm" weapons (hands, feet, fist, etc.) made up the remaining 11.4%.

The use or attempted use of a dangerous weapon in an assault or the serious injury inflicted by hands, fists, or feet is what separates this index offense from assaults categorized as "simple assaults." Texas reported 325,614 simple assaults in 2020.

*Graph 4.4.3: Percentage of Aggravated Assaults by Weapon Used[1]*



## Clearance Rate

Statewide, Texas law enforcement agencies cleared 36.3% of all aggravated assaults that were reported. Of the aggravated assaults by type of weapon used, knife or cutting instrument assaults experienced the highest clearance rate (51.5%). In comparison, aggravated assaults by firearm showed the lowest rate of clearance (25.1%).

## Persons Arrested

Texas law enforcement agencies arrested 24,476 persons for aggravated assault in 2020. When compared with 2019, the number of aggravated assault arrests decreased by 11.4%.

---

[1] All percentages rounded to the nearest tenth. Due to rounding protocol, some graphs may reflect percentages that are slightly greater or less than 100% when totaled.

24

*Graph 4.4.4: Aggravated Assault Arrestees by Age and Sex*



## *BURGLARY*

### *Definition*

For Uniform Crime Reporting purposes, Burglary is defined as the unlawful entry of a structure with the intent to commit a felony or a theft. While the use of force to gain entry is not required to classify an offense as burglary, attempted forcible entries to commit burglary are counted in these crime statistics.

### *Analysis*

### *Volume*

The number of burglaries reported in Texas in 2020 was 108,015. This number represents a 3.9% decrease when compared with the number of burglaries in 2019.

25

## *Persons Arrested*

Of all DUI arrests, 4,420 or 7.3% were of persons who were under the legal age to purchase alcohol in Texas, which is 21 years of age or older.

### *Graph 5.2: Number of DUI Arrests by Age and Sex*



## *WEAPON ARRESTS*

### *Definition*

A weapons arrest occurs when an individual violates laws or ordinances prohibiting the manufacture, sale, purchase, transportation, possession, concealment, or use of firearms, cutting instruments, explosives, incendiary devices, or other deadly weapons. As with all Part II non-index crimes, the Texas Uniform Crime Reporting program collects only reports of arrests for this offense.

### *Analysis*

As indicated in the murder section, firearms were the murder weapons of choice in 80.6% of all Texas murders. Within the firearms category, handguns accounted for 50.3% of the weapons.

## *Volume*

In 2020, 13,815 arrests for weapon violations were reported. The number of weapons arrests increased 13.3% in comparison with 2019.

## *Rate*

The 2020 weapons arrest rate was 47.1 arrests for every 100,000 persons. The change in the arrest rate from 2019 was an increase of 11.9%.

*Graph 6.1: Weapons Arrests for 2020*



21

**Graph 6.2: Weapons Arrests by Age and Sex**



# CARGO THEFT

## *Definition*

For Uniform Crime Reporting purposes, Cargo Theft is defined as "the criminal taking of any cargo including, but not limited to, goods, chattels, money, or baggage that constitutes, in whole or in part, a commercial shipment of freight moving in commerce, from any pipeline system, railroad car, motor  truck, or other vehicles, or from any tank or storage facility, station house, platform, or depot, or from any vessel or pier, or from any aircraft, air terminal, airport,  aircraft terminal or air navigation facility, or from any intermodal container, intermodal chassis, trailer, container freight station, warehouse, freight distribution facility, or freight consolidation facility. For purposes of this definition, cargo shall be deemed as moving in commerce at all points between the point of origin and the final destination, regardless of any temporary stop while awaiting transshipment or otherwise."

# GLOSSARY OF TERMS

The following is a collection of terms and definitions as they relate to Texas criminal offenses, federal National Incident Based Reporting System (NIBRS) guidelines/offenses and the Uniform Crime Reporting (UCR) Program.

### Adult
In Texas, an adult is a person 17 years of age or older. Federal law provides that an adult is a person 18 years of age or older. Unless otherwise indicated, this publication follows the state definition for adult.

### Affinity
The connection existing, as a consequence of marriage, between married persons and the kindred of the other.

### Aggravated Assault
An unlawful attack by one person upon another wherein the offender uses a weapon or displays it in a threatening manner, or the victim suffers obvious severe or aggravated bodily injury involving apparent broken bones, loss of teeth, possible internal injury, severe laceration, or loss of consciousness. This also includes assault with disease (as in cases when the offender is aware that he/she is infected with a deadly disease and deliberately attempts to inflict the disease by biting, spitting, etc.).

### All Other Offenses
All violations of state and/or local laws, except crimes that fall under another UCR offense category and traffic offenses.  This is a Group B offense and only arrest information is reported.

### Arson
To unlawfully and intentionally damage, or attempt to damage, any real or personal property by fire or incendiary device, with or without intent to defraud.

### Bribery
The offering, giving, receiving, or soliciting of anything of value (i.e., a bribe, gratuity, or kickback) to sway the judgment or action of a person in a position of trust or influence.

### Burglary/Breaking and Entering
The unlawful entry into a building or other structure with the intent to commit a felony or a theft.

### Cargo Theft
Cargo theft in UCR refers to taking possession illegally of any cargo shipment including but not limited to the following categories: cargo shipment of goods, chattels, money, baggage that constitutes, in whole, in part, a commercial shipment of freight moving in commerce, from any pipeline system, railroad car, motor truck, other vehicle, from any tank, storage facility, station house, platform, depot, from any vessel, wharf, from any aircraft, air terminal, airport, aircraft terminal, air navigation facility, from any intermodal container, intermodal chassis, trailer, container freight station, warehouse, freight distribution facility, freight consolidation facility. For

29

purposes of this definition, cargo shall be deemed as moving in commerce at all points between the point of origin and the final destination, regardless of any temporary stop while awaiting transshipment or otherwise.

### Consanguinity
Kinship or blood relationship; the relationship of persons who are descended from a common ancestor.

### Crime Factors
Conditions that affect the amount and type of crime that occurs in a geographical area.

### Crime Index
The sum of seven index offenses used to measure the extent, fluctuation, and distribution of crime in a given geographical area. Crime classifications used in the Crime Index are the following: murder, rape, robbery, aggravated assault, burglary, larceny-theft and motor vehicle theft. Arson and human trafficking are also classified as index offenses but are not part of the Crime Index.

### Crime Rate
The number of offenses per 100,000 inhabitants. To calculate the crime rate, divide the number of offenses by the population and then multiply by 100,000. The crime rate is useful in determining the relative frequency of crime without regard to fluctuations in population.

### Crime Volume
Crime volume is the aggregate sum of the offenses within the crime index.

### Curfew/Loitering/Vagrancy Violations
The violation of a court order, regulation, ordinance, or law requiring the withdrawal of persons from the streets or other specified areas; prohibiting persons from remaining in an area or place in an idle or aimless manner; or prohibiting persons from going from place to place without visible means of support. These are Group B offenses and only arrest information is reported.

### Disorderly Conduct
Any behavior that tends to disturb the public or decorum, scandalize the community, or shock the public sense of morality. This is a Group B offense and only arrest information is reported, unless this is related to one of the Texas Penal Code sex offenses.

### Driving Under the Influence (DUI)
Driving or operating any motor vehicle or common carrier while mentally or physically impaired as the result of consuming an alcoholic beverage or using a drug or narcotic. This is a Group B offense and only arrest information is reported.

### Drug Abuse Violations
All arrests for violation of state and/or local laws, specifically those relating to the unlawful cultivation, manufacture, distribution, sale, purchase, use, possession, transportation and/or importation of any controlled drug or narcotic substance.

### *Drunkenness (Intoxication)*
To drink alcoholic beverages to the extent that one's mental faculties and physical coordination are substantially impaired. Excludes Driving under the influence (DUI). This is a Group B offense and only arrest information is reported.

### *Ethnicity (Ethnic Origin)*
In UCR, race and ethnic origin are counted as two separate designations. The ethnic origin categories were adopted from the U.S. Department of Commerce and are Hispanic and not Hispanic. Included as Hispanic are all persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race.

### *Extortion/Blackmail*
To unlawfully obtain money, property, or any other thing of value, either tangible or intangible, through the use or threat of force, misuse of authority, threat of criminal prosecution, threat of destruction of reputation or social standing, or through other coercive means.

### *Family*
For UCR purposes, is defined as individuals related by blood, affinity, marriage, former marriage, biological parents of the same child, foster children, foster parents, members of the same household or former members of the same household.

### *Family Violence*
An act by a member of a family or household (as defined by the Texas Family Code) against another member that is intended to result in physical harm, bodily injury, assault or a threat that reasonably places the member in fear of imminent physical harm.

### *Forgery and Counterfeiting*
The altering, copying, or imitation of something, without authority or right, with the intent to deceive or defraud by passing the copy or thing altered or imitated as that which is original or genuine; or the selling, buying, or possession of an altered, copied, or imitated thing with the intent to deceive or defraud. Includes attempts.

### *Fraud*
The intentional perversion of the truth for the purpose of inducing another person, or other entity, in reliance upon it to part with something of value or to surrender a legal right. This excludes Forgery and Counterfeiting, as the FBI assigned those their own offense.

### *Gambling*
Promoting, permitting, or engaging in illegal gambling.

### *Embezzlement*
The unlawful misappropriation by an offender to his/her own use or purpose of money, property, or some other thing of value entrusted to his/her care, custody, or control. Includes attempts. In general, an employer/employee or legal agent relationship must exist for Embezzlement to occur.

## Hate Crime Bias Motivation
Hate crime bias motivation, relates to crimes where the offender(s) are motivated by prejudice, hatred, or advocacy of violence. The offender's bias motivation must be against one of the protected classes, as defined by the FBI, regardless of whether the victim was part of that or any protected class.

## Hierarchy Rule
For SRS submissions, when several offenses are committed simultaneously by one person or group of persons, the hierarchy rule in UCR mandates that only the most serious offense is recorded for statistical purposes. Arson is an exception to this rule.

## Human Trafficking
Human Trafficking includes both Commercial Sex Acts and Involuntary Servitude.

### Commercial Sex Acts
Inducing a person by force, fraud, or coercion to participate in commercial sex acts, or in which the person induced to perform such act(s) has not attained 18 years of age.

### Involuntary Servitude
The obtaining of a person(s) through recruitment, harboring, transportation, or provision, and subjecting such persons by force, fraud, or coercion into involuntary servitude, peonage, debt bondage, or slavery (not to include commercial sex acts).

## Index Crime
A crime for which reports of offenses committed are collected. Index crimes are murder, rape, robbery, aggravated assault, burglary, larceny-theft, motor vehicle theft, arson, and human trafficking.

## Intimidation
To unlawfully place another person in reasonable fear of bodily harm through the use of threatening words and/or other conduct, but without displaying a weapon or subjecting the victim to actual physical attack.

## Justifiable Homicide (Not a Crime)
The killing of a perpetrator of a serious criminal offense by a peace officer in the line of duty, or the killing, during the commission of a serious criminal offense, of the perpetrator by a private individual.

## Juvenile
In Texas, a juvenile is a person under 17 years of age (i.e. 16 years and under). At the federal level, Juvenile is a person under 18 years of age (i.e. 17 years and under). Unless otherwise indicated, this publication follows the state definition for juvenile.

## Kidnapping/Abduction
The unlawful seizure, transportation, and/or detention of a person against his/her will, or of a minor without the consent of his/her custodial parent(s) or legal guardian.

## Larceny-Theft
The unlawful taking, carrying, leading, or riding away of property from the possession or constructive possession of another. This includes pocket-picking, purse-snatching, shoplifting, theft from motor vehicles, theft of motor vehicle parts and accessories, theft of bicycles, theft from buildings and theft from coin-operated machines.

## Liquor Laws
State and/or local liquor law violations, except drunkenness and driving under the influence. Federal violations are excluded. This is a Group B offense and only arrest information is reported.

## Manslaughter by Negligence (Negligent Manslaughter)
The killing of another person through gross negligence.  This offense includes killings resulting from hunting accidents, gun cleaning, children playing with guns, etc. It does not include deaths of persons due to their own negligence, accidental deaths not resulting from gross negligence, and accidental traffic fatalities. This offense does not include Vehicular Manslaughter, which are reported as Murder and Non-Negligent Manslaughter if not accidental or All Other Offenses if accidental.

## Motor Vehicle Theft
The theft or attempted theft of a motor vehicle, which is defined as a self-propelled vehicle that runs on land surface and not on rails.

## Murder and Non-Negligent Manslaughter
The willful (non-negligent) killing of one human being by another. This includes any death due to injuries received in a fight, argument, quarrel, assault, or commission of a crime. Suicides, accidental deaths, assaults not resulting in death, traffic fatalities, and attempted murders are not included.

## NIBRS
National Incident-Based Reporting System (NIBRS) is an incident-based reporting system or methodology used by law enforcement agencies in the United States for collecting and reporting data on crimes to the Federal UCR program.  The FBI maintains the reporting guidelines.

## Non-Violent Crime
Non-violent crimes include property crimes which is broken down into burglary, larceny-theft, and motor vehicle theft offenses.

## Offenses against the Family and Children
Nonsupport, neglect, desertion, or abuse of family and children. Includes attempts.

## Other Assault (Simple)
An unlawful physical attack by one person upon another where neither the offender displays a weapon (other than personal weapon), nor the victim suffers obvious severe or aggravated bodily injury involving apparent broken bones, loss of teeth, possible internal injury, severe laceration, or loss of consciousness.

## Part One Offenses

The first of two categories of offenses (within the Crime Index) established for crime reporting purposes. Part one offenses are by their nature more serious and/or occur most frequently. The reports of these offenses committed are collected without regard to whether an arrest was made.

## Personal Weapon

The use of hands, feet, fists, and teeth as a weapon to commit a crime; also termed "strong-arm weapon."

## Pornography/Obscene Material

The violation of laws or ordinances prohibiting the manufacture, publishing, sale, purchase, or possession of sexually explicit material, e.g., literature, photographs, etc.

## Prejudice

An unreasonable and unjustifiable negative attitude toward a group and its individual members.

## Prostitution and commercialized

Sex offenses of a commercialized nature, such as prostitution, keeping a bawdy house, procuring, transporting women for immoral purposes, etc. Includes attempts.

## Race

In UCR, race and ethnic origin are counted as two separate designations. The racial categories were adopted from the U.S. Department of Commerce and are as follows: White, Black, American Indian or Alaskan Native, Asian, Native Hawaiian or Other Pacific Islander.

### White

A person having origins in any of the original peoples of Europe, North Africa, or the Middle East.

### Black

A person having origins in any of the Black racial groups of Africa.

### American Indian or Alaskan Native

A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment.

### Asian

A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

### Native Hawaiian or Other Pacific Islander

A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

34

## Rape

The penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim, including instances where the victim is incapable of giving consent because of his/her age or because of his/her temporary or permanent mental or physical incapacity.

## Robbery

The taking, or attempting to take, anything of value under confrontational circumstances from the control, custody, or care of another person by force or threat of force or violence and/or by putting the victim in fear of immediate harm.

## Sex Offenses (Except Rape, Prostitution and Commercialized Vice)

Any sexual act directed against another person, without the consent of the victim, including instances where the victim is incapable of giving consent.

## Summary Reporting (SRS)

SRS and its methodology had been a national method of collecting UCR statistics for the FBI since 1929.  SRS collected basic statistical data and general just tallies of offenses.  The FBI elected to sunset SRS at the end of 2020, migrating to the more detailed NIBRS methodology.

## SRS Conversion

This CIT report contains both NIBRS and SRS data.  To allow for comparison across this mixed data set, the hierarchy rule is applied to NIBRS data to convert it to SRS methodology, so that all data is presented in the common least common denominator.

## Part Two Offenses

The second of two categories of offenses (within the Crime Index) established for crime reporting purposes. Part two offenses are generally less serious in nature and/or occur less frequently than part one offenses. Monthly tabulations of part two offenses are limited to arrest information only.

## Stolen Property

Receiving, buying, selling, possessing, concealing, or transporting any property with the knowledge that it has been unlawfully taken, as by Burglary, Embezzlement, Fraud, Larceny, Robbery, etc. This includes attempts.

## Vandalism/Destruction/Damage of Property

Willful or malicious destruction, injury, disfigurement, or defacement of any public or private property without the consent of the owner or person having custody or control of it. This excludes Arson.

## Weapons Law Violations

The violation of laws or ordinances prohibiting the manufacture, sale, purchase, transportation, possession, concealment, or use of firearms, cutting instruments, explosives, incendiary devices, or other deadly weapons.

2/18/22, 4:21 PM          States with weaker gun laws have higher rates of firearm related homicides and suicides, study finds | CNN

Case 4:21-cv-01245-P   Document 53   Filed 02/18/22   Page 36 of 51   PageID 696

 US                                                                          LIVE TV    

# States with weaker gun laws have higher rates of firearm related homicides and suicides, study finds

By Emma Tucker and Priya Krishnakumar, CNN

Updated 6:27 PM EST, Thu January 20, 2022

☐ Video Ad Feedback
02:06 - Source: CNN

Study: States with weak gun laws tied to increased gun deaths

(CNN) — A new study published Thursday by a leading non-profit organization that focuses on gun violence prevention found that there is a direct correlation in states with weaker gun laws and higher rates of gun deaths, including homicides, suicides and accidental killings.

The study by Everytown for Gun Safety determined that California had the strongest gun laws in the country. Hawaii

2/18/22, 4:21 PM                States with weaker gun laws have higher rates of firearm related homicides and suicides, study finds | CNN

Case 4:21-cv-01245-P   Document 53   Filed 02/18/22   Page 37 of 51   PageID 659

topped the list with the lowest rate of gun deaths in the country while Mississippi led the country with both the weakest gun laws and highest rate of gun deaths.



**RELATED ARTICLE**
'We've seen lifelong friends kill each other:' How a state capital became one of the deadliest US cities

"What this project does, is show what we've been saying for years: Gun laws save lives," said Nick Suplina, senior vice president of law and policy at Everytown for Gun Safety Support Fund. "We think this is going to be a really important tool for lawmakers, reporters and advocates that have been looking for the kind of visual tool that can make that case clearly."

To compile its list, the group used data from the Centers for Disease Control and Prevention, looked at each state's rate of gun deaths in 2020 and compared those rates with 50 policies that they say are scientifically proven to be effective in preventing gun violence, Suplina said.

The research team then weighed the list of gun safety policies based on their efficacy, ranked each state on its implementation of those policies and compared that score with the rates of gun deaths in each state, he said.

The CDC's data includes homicides, accidental killings and suicides committed by guns. According to the CDC, over 45,000 people in the United States were killed with a firearm in 2020 – more than half died by suicide.

The analysis, first reported by CNN, put California at the top of the list for gun law strength – a composite score of 84.5 out of 100, with a low rate of 8.5 gun deaths per 100,000 residents, and below the national average of 13.6. Hawaii has the lowest rate of gun deaths in the country with the second strongest gun law score. It also has the lowest rate of gun ownership, with firearms in 9% of households, the data shows.

## Legislators consider gun laws in 2022 session

As state legislatures begin to convene for their 2022 legislative sessions, lawmakers will consider a breadth of bills that either loosen or expand gun protections across various states.

"I have seen firsthand in California that the work we have done to strengthen gun laws has been both life-saving and effective," said Rep. Mike Thompson (D-CA), chair of the House Gun Violence Prevention Task Force. "Gun laws work, and we need them across the board to ensure that felons, domestic abusers, and those with mental health issues can't simply go to the next state over to circumvent the very laws meant to keep guns out of their hands."

# How gun safety laws affect firearm mortality rates

Data compiled by Everytown for Gun Safety shows that many states with stronger gun ownership laws have lower rates of gun deaths than states with more lax laws.





2/18/22, 4:21 PM                    States with weaker gun laws have higher rates of firearm related homicides and suicides, study finds | CNN

Case 4:21-cv-01245-P   Document 53   Filed 02/18/22   Page 38 of 51   PageID 660



California, New York and many other coastal states have more restrictions on firearms than states in the South and Midwest

Note: Everytown determines the overall strength of state gun laws by examining where the state stands on 50 different policies and assigning the state a composite score. The methodology for the ranking system can be found here.

Source: Everytown for Gun Safety, Centers for Disease Control and Prevention
Graphic: Priya Krishnakumar, CNN

CNN has reached out to the National Rifle Association (NRA) to comment on the research, but it declined to do so before seeing the data.

Mississippi has the weakest gun laws with a score of 3 out of 100 and has a rate of 28.6 gun deaths per 100,000 residents – the highest of all states, the research shows.

Massachusetts has adopted 37 of the 50 policies and has the second-lowest rate of gun deaths, while Missouri has only eight of the gun safety policies and the fourth highest rate of gun deaths in the US. Louisiana and Wyoming are among the top five states with the highest gun deaths and the weakest gun safety laws.



**RELATED ARTICLE**
Fueled by gun violence, cities across the US are breaking all-time homicide records this year

"Lawmakers in the states at the bottom can't pretend to be ignorant about the importance of gun laws after looking at this report," said Shannon Watts, the founder of Moms Demand Action, which has been fighting for gun safety measures since the 2012 Sandy Hook Elementary School shooting in Connecticut that killed 20 children and six educators.

Mother and activist DeAndra Dycus said the gun violence problem in Indianapolis is "tearing our community apart."

Nearly eight years ago, her 13-year-old son, DeAndre "Dre" Knox, was shot in the back left side of his head at a birthday party in Indianapolis when shots were fired during a confrontation between two boys. DeAndre, now 21, survived after being on life support for several days, Dycus said, and he currently lives in a facility with non-verbal quadriplegic paralysis.

"As a mother, when I look at him, I see everything that was taken away," Dycus said. "My son was a dreamer. He was a scholar. He was on this road to being something great."

"But on the flip side, I see this little boy who has made such an impact, not just on our city but our country, as it pertains to what it looks like to survive," she said. "Dre has embodied that."



SANTA FE HIGH SCHOOL: 10 KILLED, 13 WOUNDED

Case 4:21-cv-01245-P   Document 53   Filed 02/18/22   Page 39 of 51   PageID 661



Ana Ramirez/AP/FILE

Members of Moms Demand Action protest in Texas on Thursday, June 17, 2021, in Austin, Texas, after Gov. Greg Abbott signed a bill allowing Texans age 21 or older to carry handguns without a permit.

## Secure storage laws deemed essential to gun safety

Everytown designated a list of five foundational laws that have proven to be the most effective in lowering gun violence rates. These include requirements for a background check and/or permits to purchase handguns; a permit to carry concealed guns in public; the secure storage of firearms; the rejection of 'Stand Your Ground' laws; and the enactment of 'extreme risk' laws that temporarily remove a person's access to firearms when there is evidence that they pose a serious risk to themselves or others, according to Everytown.

Last year, several conservative states – such as Texas, Iowa, Tennessee, Montana, Utah and Wyoming – passed legislation allowing some form of permitless carry as President Joe Biden pushed forward executive actions to address gun violence following several high-profile mass shootings.



2/18/22, 4:21 PM      States with weaker gun laws have higher rates of firearm related homicides and suicides, study finds | CNN

Case 4:21-cv-01245-P   Document 53   Filed 02/18/22   Page 40 of 51   PageID 662

Getty Images

A memorial outside of Oxford High School on December 3, 2021, in Michigan. Four students were killed on November 30, when student Ethan Crumbley allegedly opened fire.

In Texas, the controversial "constitutional carry" legislation went into effect in September that allows most Texans who legally own a firearm to carry it openly in public without obtaining a permit or training.

Supporters of the bill have argued that by removing the licensing requirement they are removing an "artificial barrier" to residents' right to bear arms under the Constitution and ensuring more Texans have access to "the protection of themselves or their families" in public. But law enforcement officials and experts have expressed concerns that the open carrying of firearms makes it more difficult for police to quell violence.

"As we've seen gun extremism continue to rise in this country, we've also seen people who open carry start out at marches and rallies and then show up in elected officials' homes, in polling places, statehouses and then on January 6th at the US Capitol," Watts said.

According to Watts, the shooting in a Michigan high school in December that killed four students is a "textbook example" of why laws that require the secure storage of firearms are essential to gun safety.



**RELATED ARTICLE**
Lawsuit alleges Oxford High School administration could have prevented deadly school shooting

The alleged gunman in that shooting, 15-year-old Ethan Crumbley, is accused of fatally shooting four classmates and wounding several others on November 30. His parents were charged with four counts of involuntary manslaughter in the same incident. All three have pleaded not guilty.

Prosecutors allege that James Crumbley, the father of the suspected shooter, bought the gun used in the shooting four days earlier. The incident prompted outrage over Ethan's alleged accessibility to the gun, arguing that the shooting could have been prevented.

Only 23 states currently have some semblance of a secure storage requirement, Watts said.

Last year, Everytown successfully worked to pass secure storage laws in Maine, Colorado, and Oregon, among others, according to Watts.

During this year's legislative session, Watts said the organization will work with lawmakers in hopes of passing such laws in at least 14 states. States such as California, Michigan and New Jersey are working on first-of-its kind legislation that requires parents to be notified about secure storage.

Everytown's research shows that 21 of the country's states have rejected Stand Your Ground laws, which allow individuals to use deadly force in public as self-defense even if they can safely walk away from the situation.



Case 4:21-cv-01245-P   Document 53   Filed 02/18/22   Page 41 of 51   PageID 663



John J. Kim/Chicago Tribune/Getty Images

A Chicago police officer investigates a fatal shooting in the Hyde Park neighborhood in November 2021.

Despite strong gun laws, some states still feel the effects of being close to a state with more lax regulations. For example, Illinois has the sixth-strongest gun safety laws in the country, but its neighboring state of Indiana has much weaker gun laws, Suplina says.

According to Suplina, this could explain why such a high number of guns purchased in Indiana have ended up in Chicago. Last year, the U.S. Department of Justice charged six Indianapolis residents related to the straw purchasing of firearms. Prosecutors said more than 20 of the guns were recovered in Chicago after being used in violent crimes, including murder.

Gun violence overall has risen during the pandemic. More than two-thirds of the country's 40 most populous cities saw more homicides last year than in 2020, and most of them were a result of gun violence, according to a CNN analysis of police department data. For many cities, the elevated rates of homicide continued into 2021.

While experts say the reasons for the rise in homicides are varied, murders are increasingly carried out with guns. The increase in gun violence was underscored in the FBI's 2020 Uniform Crime Report, which stated that about 77% of reported murders in 2020 were committed with a gun, up from 74% in 2019. The agency reported that the number of homicides increased by nearly 30% from 2019, the largest single-year jump the agency has recorded. There is no federal database of gun sales, but other independent surveys have found that gun sales have soared during the Covid-19 pandemic.

Paid Links

EXH. C





| 2022 | Everytown Gun Law Rankings |
|---|---|

*By Everytown Research & Policy*

# Gun Safety Policies Save Lives

### Which states have the ideal laws to prevent gun violence?

We compared gun policy across the country, scoring every state on the **strength of its gun laws** and comparing it with its **rate of gun violence**. In states where elected officials have taken action to pass gun safety laws, fewer people die by gun violence. Choose a state to see how it stacks up on 50 key policies, or explore a policy to see how much of the country has adopted it.

| State & Rank | Gun Law Strength<br>Composite score | Gun Violence Rate<br>Gun deaths per 100,000 residents |
|---|---|---|

**NATIONAL LEADERS**

1   California

2   Hawaii

3   New York

4   Massachusetts

5   Connecticut

6   Illinois

7   Maryland

8   New Jersey

**MAKING PROGRESS**

9   Washington

10  Colorado

11  Oregon

12  Rhode Island

13  Delaware

14  Virginia

15  Pennsylvania

16  New Mexico

17  Minnesota

**MISSING KEY LAWS**

18  Nevada

19  Florida

20  Nebraska

21  North Carolina

22  Vermont

23  Wisconsin

24  Michigan

25  Indiana

26  Maine

27  Louisiana

28  West Virginia

**WEAK SYSTEMS**

29  Alabama

30  Ohio

31  South Carolina

32  Tennessee

33  Iowa

34  Texas

35  North Dakota

36  Georgia

37  Utah

**NATIONAL FAILURES**

38  Kansas

39  Alaska

40  Kentucky

41  Missouri

42  New Hampshire

43  Arizona

44  Oklahoma

45  Wyoming

46  South Dakota

47  Arkansas

48  Montana

49  Idaho

50  Mississippi

## Gun laws work

When we compare the states head-to-head on the top 50 gun safety policies, a
clear pattern emerges. States with strong laws see less gun violence. Indeed, the
13 states that have failed to put basic protections into place—"national failures"
on our scale—have nearly three times as many gun deaths as the eight national
gun safety leaders.

**Strong Gun Laws, Fewer Deaths**

The correlation is especially clear when looking at average data by tier. The tiers range from 7.4 gun deaths per 100,000 residents for the National Leaders to 20.0 gun deaths per 100,000 residents for the National Failures.

National Leaders

Making Progress

Missing Key Laws

Weak Systems

National Failures

The top 50 laws we focus on represent a wide range of interventions. Some block gun access by people who pose a threat with a firearm while others focus on limiting gun violence in public. Some seek to increase police accountability and protect civil rights, while another set targets bad actors in the gun industry.

All states should start with a core group of five foundational laws—passing background checks and/or purchase permitting, along with Extreme Risk laws and secure gun storage requirements; and rejecting Stand Your Ground and permitless carry laws. While each of the top 14 states in the gun law rankings has *all* five of these policies in place, none of the bottom 14 states maintains *any* of these critical protections.

The national gun safety landscape has seen states move in opposite directions in recent years. While all nine states in our "making progress" tier have made significant additions to their firearm laws in recent years—with each adding several points to its gun law score—a whopping 17 states at the other end of the scale have made the dangerous decision to repeal their concealed carry permit requirements since 2014.

Our gun law rankings are a roadmap for how to build the ideal state system. They will walk you through the most important policies and help you compare these protections across the country.

## Even the strongest system can't protect a state from its neighbors' weak laws

The rankings clearly show that gun laws save lives. But no state is an island (except Hawaii), and any state may be vulnerable if its neighbors fail to protect public safety. That's how northeastern states with strong laws ended up victims of the infamous "iron pipeline," the route traffickers use to bring guns up from southeastern states with weak laws. The evidence tells a simple story about porous borders: Out of all guns showing up at crime scenes after crossing state lines, four out of five come from states that lack good background check laws.

Notable strong law states like Illinois and Maryland remain plagued with high gun violence in their biggest cities—in large part because they're targeted by traffickers. Indeed an outsized share of likely trafficked crime guns recovered in Illinois begin their journey in states with weak laws. And Virginia, which had weak gun purchase laws until 2020, has long been the top supplier of crime guns into Maryland. At the other end of the scale, states like New Hampshire, Vermont, and Rhode Island have unusually low gun death rates compared with their somewhat weaker policies, in part because they are buffered by robust laws among other states in the region.

## High gun ownership rates also play a role in strong states where deaths are higher

Access to a firearm drastically increases the likelihood of suicide and a gun in the home is associated with more gun homicide. Again, a state like Rhode Island has low gun violence relative to the strength of its laws—likely due in part to its very low gun ownership rate (it's third-lowest in the nation). On the other hand, states like Nevada and New Mexico have higher rates of gun violence than their laws might suggest—perhaps in part as a result of above-average gun ownership.

## It takes time for new laws to have an impact

Several states have had recent success passing strong policy—for example, Nevada added half of its gun law score in the past five years and New Mexico added over 40% of its score in the past three years. Both states enacted Extreme Risk, background check, and domestic violence laws, with New Mexico also

limiting qualified immunity and Nevada tackling community violence, secure storage, and ghost guns. Those states can hope to see newfound protection in the coming years—and more lives saved.

At the other end of the scale, Iowa repealed both its background check and carry permit laws in 2021, losing over 40% of its gun law score in one year. This new, radical change in its score provides a partial and likely temporary explanation for its relatively low gun death rate. Iowans should be concerned about a future spike in violence.

## Federal laws help prevent gun violence nationwide

All 50 states can rely on a backbone of federal laws to help keep guns out of the wrong hands. Yet the federal system is far too weak overall—for example, failing to require background checks on all gun sales and giving special legal immunity to the gun industry. State policymakers should protect their residents by filling the many gaps in federal law, and must also take action where state power is at its strongest, such as requiring a process for domestic abusers to turn in guns when they become prohibited from having them.

## There's work to do beyond strong state laws

By comparing state gun laws with gun violence outcomes, we see how critical it is to enact strong policy. But a caveat is required: There is necessary *non-legislative* gun safety work this site doesn't show—including community-based violence intervention programs; regulatory efforts, funding campaigns, and on-the-ground implementation; local executive action and city and town ordinances; and responsible cultural norms around gun safety.

## Where do we go from here?

A safer future is possible. Our gun law rankings show which states are ahead and which are behind, and provide a checklist for how to get there.

---

## How did we calculate these rankings? Learn



## more in our methodology.

## How does gun violence impact your state? Learn more about gun violence statistics.



## Join our movement to advocate for change in your state.



**2022 Everytown Gun Law Rankings**
Last updated January 19, 2022

Methodology

 Opinion

LIVE TV     

# The question we should be asking about violent crime in American cities

Opinion by Jill Filipovic

Updated 9:01 AM EST, Wed January 19, 2022

☐ Video Ad Feedback
02:21 - Source: CNN

35% rise in homicides over the last 2 years

**Editor's Note:** Jill Filipovic is a journalist based in New York and author of the book "OK Boomer, Let's Talk: How My Generation Got Left Behind." Follow her on Twitter. The opinions expressed in this commentary are solely her own. View more opinion articles on CNN.

**(CNN) —** In big cities across the United States, fears about crime have citizens up in arms. They've been an animating force in recent mayoral elections.

In New York, where new mayor Eric Adams ran on a platform of public safety, the recent subway killing of Michelle Alyssa Go has further galvanized the city and stoked many New Yorkers' deepest anxieties. In Los Angeles, homicides were up 12% in 2021, forcing Mayor Eric Garcetti to answer some tough questions – and declare that "Los Angeles is not alone in this trend." Just last week, a 70-year-old nurse was attacked at an L.A. bus stop, and later died from her injuries.

However, contrary to fearmongering from politicians and press, American cities are not experiencing record crime rates. Crime rates, including national homicide rates, remain well below where they were in the 1980s and 1990s, according to FBI data. But that's a very low bar. The United States was already an exceptionally violent and deadly place for a wealthy, developed country, largely thanks to extremely lax gun laws that are one reason our violent death rate is many times higher than that of our economic peers. And it's true that homicide rates are increasing at a stunning rate, even if property crimes are less common than they once were – and some cities, from Philadelphia to Tucson, Arizona – did see record homicide rates last year.



**RELATED ARTICLE**
Kevin McCarthy's comment is a warning sign

When it comes to our current crime trends, two things are true: Deadly violence isn't as pervasive as it was 20 years ago, but homicide numbers are rising in many major American cities.

We should not collectively live in fear of deadly violence – and we shouldn't wait to hit all-time crime highs before we act. But to decrease rates of violent crime, we have to do more than simply police. (And for the record, no, the "defund the police" movement is not behind rising crime rates. For all the inflamed rhetoric, most police forces were not actually defunded.) We need better gun laws, a more equal society, and certainly better social services for those who are struggling.

One thing that is clear from the data is that guns drive American violence. The uptick in homicides during the pandemic, for example, might not be about a lack of policing so much as about the fact that more people are carrying guns around. But many of the same conservatives who fret about violent crime and critiques of American policing refuse to budge on the one policy that has been proven to make a significant difference in homicide rates everywhere in the world: Gun regulations.

Getting weapons off the streets, though, is not the only issue. The US also fails to care for its vulnerable, which both puts them at risk and creates risks for others. It can be tricky to talk about mental illness, homelessness and crime because of stigma around mental illness and misconceptions about being unhoused. The truth is that the vast majority of violent crimes are generally not committed by homeless people or people living with mental illness; in fact, people without shelter and those with mental illnesses are much more likely to be victims of crimes than perpetrators of them. For many people who do not have permanent homes, the threat of sexual assault, beatings, robberies, and other acts of violence is a daily fact of life.



**RELATED ARTICLE**
Why overturning Roe v. Wade would be a disaster for conservatives

But consigning huge numbers of people to live on the streets and in makeshift shelters comes with high social costs, to the public as well as to the human beings our society is treating as throwaways. An ABC-7 investigation of homelessness and crime in Los Angeles found that homeless people were involved in less than one in 10 of all crimes in the city. But even with rising homelessness rates – there were more than 66,000 unhoused people in Los Angeles county as of 2020, the last time there was an official count by the LA Homeless Services Authority – less than one-half of 1% of Los Angeles county residents are without permanent shelter, meaning that homeless people are significantly

over-represented as both crime victims and perpetrators. Previous research has also found that homeless people who are bounced around from shelter to shelter are more likely to commit violent crimes. And while people who struggle with stable housing come from all walks of life, the conditions that the US is particularly bad at treating – including mental illness and addiction disorders – are contributing factors.

Anecdotally, mental health crises seem to be on the rise. And statistically, overdose deaths are way up. And yet decent mental health care and treatment for drug addiction remain out of reach for a great many Americans, and especially for those who lack the stability of permanent housing.

Unhoused people, and especially those who struggle with addiction and mental health, are human beings living in a rich country that could support them with housing and health care, but instead chooses to treat them as disposable. That is a shame on all of us.

GET OUR FREE WEEKLY NEWSLETTER

· Sign up for CNN Opinion's newsletter.

· Join us on Twitter and Facebook

Two years into a pandemic, the American social fabric is fraying along with our collective mental health. Crime is up, but so is generally bad behavior, from kids misbehaving at school to air passengers screaming at flight attendants. Those we have neglected and pushed to the fringes are not immune from these broader trends.

The question now isn't, "Why is crime going up?" It is: Why aren't we taking common-sense measures, including gun regulations and support for those who need medical care and stable housing, to prevent it?

**Paid Links**

Search CNN...                                                                                                      🔍