IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AIDAN ANDREWS, JORDYN BLAKEY, and FIREARMS POLICY COALITION, INC., *Plaintiffs*, <br><br> v. <br><br> STEVEN MCCRAW, *et al.*, *Defendants*, | Civil Action No. 4:21-cv-1245 |

### DEFENDANT STEVEN MCCRAW'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

Defendant Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety ("McCraw") files this Response in Opposition to Plaintiffs' Motion for Summary Judgment. (Dkt. 57).

McCraw respectfully requests the Court deny Plaintiffs' Motion for Summary Judgment in its entirety for the for the reasons set out more fully in the Brief in Support of this Response.

Respectfully submitted:

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

/s/ *Ryan G. Kercher*
RYAN G. KERCHER

        Texas Bar No. 24060998
        Assistants Attorney General
        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Phone: 512-463-2120
        Fax: 512-320-0667
        Ryan.Kercher@oag.texas.gov

        **_Counsel for Defendant_**
        **_Steven McCraw_**

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

        /s/ *Ryan G. Kercher*
        RYAN G. KERCHER