IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| AIDAN ANDREWS, JORDYN BLAKEY, and FIREARMS POLICY COALITION, INC., | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:21-cv-1245 |
| STEVEN MCCRAW, *et al.*, | § § | |
| *Defendants*, | § | |

**DEFENDANT STEVEN MCCRAW'S**
**REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE MARK T. PITTMAN, U.S. DISTRICT JUDGE:

Defendant Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety ("McCraw") files this Reply in Support of Motion for Summary Judgment. (Dkt. 45).

McCraw respectfully requests the Court grant McCraw's Motion for Summary Judgment in its entirety for the reasons set out more fully in the Brief in Support of that Motion, and in the Brief in Support of the Reply in Support of that Motion. McCraw further respectfully requests the Court dismiss with prejudice all claims asserted against him by Plaintiffs. McCraw further respectfully requests all other relief to which he is justly entitled both in law and in equity.

Respectfully submitted:

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

/s/ *Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
Assistants Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov

**Counsel for Defendant**
**Steven McCraw**

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ *Ryan G. Kercher*
RYAN G. KERCHER

2