UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.**,

   Plaintiffs,

v.                                            No. 4:21-cv-1245-P

**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.**,

   Defendants.

### ORDER

On June 23, 2022, the Supreme Court issued its opinion in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. ___ (2022) (slip op.). Having now considered *Bruen*, the Court concludes that supplemental briefing is warranted.

The Court therefore **ORDERS** each Party to file a supplemental brief[1] addressing *Bruen*'s effect on this case **by July 8, 2022**.

**SO ORDERED** on this **23rd day** of **June, 2022**.

*[signature: Mark T. Pittman]*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] The Parties' briefs must comply with Local Rule 7.2. *See* N.D. TEX. R. 7.2.