UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.,**

   Plaintiffs,

v.                                                                  No. 4:21-cv-1245-P

**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.,**

   Defendants.

## AMENDED FINAL JUDGMENT

This Amended Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order granting summary judgment to Plaintiffs issued on August 25, 2022:

It is **ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss for Lack of Jurisdiction is **DENIED**. Defendants' Motions for Summary Judgment are **DENIED**. And Plaintiffs' Motion for Summary Judgment is **GRANTED** as to Count I of the Complaint. Count II of the Complaint is **DISMISSED as moot**.

Accordingly, it is further **ORDERED** that:

1. To the extent that Texas's statutory scheme, Tex. Penal Code § 46.02(a) and Tex. Gov't Code §§ 411.172(a)(2), (g), (h), (i), prohibits law-abiding 18-to-20-year-olds from carrying handguns for self-defense outside the home based solely on their age, this statutory scheme violates the Second Amendment, as incorporated against the States via the Fourteenth Amendment.

2. Defendants and all their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them are **ENJOINED** and **RESTRAINED**

from enforcing Texas's statutory scheme against law-abiding 18-to-20-year-olds based solely on their age.

3. This injunction is hereby **STAYED** for **thirty days**, or pending appeal, for the duration of the appellate process.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **29th day** of **August 2022.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE