IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AIDEN ANDREWS, JORDYN BLAKEY, AND FIREARMS POLICY COALITION, INC. <br> *Plaintiff,* <br><br> v. <br><br> STEVEN MCCRAW, in his official capacity As Director of the Texas Department of Public Safety, JOHN FORREST, in his official Capacity as County Attorney of Parker County, RICHARD GLASER, in his official capacity as Criminal District Attorney of Fannin County, and J. BRETT SMITH, in his official capacity as District Attorney of Grayson County <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-CV-01245-P |

### DEFENDANT STEVEN MCCRAW'S NOTICE OF APPEAL

Notice is hereby given that Defendant Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Amended Final Judgment, (Doc. 76), entered August 29, 2022.

Respectfully submitted:

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division


/s/ *Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
Southern Dist. ID No. 882329
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov

***Counsel for Defendant Steven McGraw***


**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.


/s/ *Ryan G. Kercher*
RYAN G. KERCHER