**FILED**
**December 21, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
## for the Fifth Circuit

———————

No. 22-10898

———————

Aidan Andrews; Jordyn Blakey; Firearms Policy Coalition, Incorporated,

*Plaintiffs—Appellees,*

*versus*

Steven C. McCraw, *in his official capacity as Director of the Texas Department of Public Safety*,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-1245

———————————————————

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of December 21, 2022, pursuant to Appellant's unopposed motion.



Certified as a true copy and issued
as the mandate on Dec 21, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-10898

By:     *Lisa E. Ferrara*
_____
Lisa E. Ferrara, Deputy Clerk

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

ENTERED AT THE DIRECTION OF THE COURT