## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 21, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 22-10898   Andrews v. McCraw
                          USDC No. 4:21-CV-1245

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Lisa E. Ferrara, Deputy Clerk
                                504-310-7675

cc w/encl:
    Mr. Michael Abrams
    Mr. William V. Bergstrom
    Mr. Ryan Glen Kercher
    Mr. Peter A. Patterson
    Mr. Judd Edward Stone II
    Mr. David H. Thompson