# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| AIDAN ANDREWS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 4:21-cv-01245-P |
| STEVEN MCCRAW, et al., | ) District Judge Mark T. Pittman |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO SET A DEADLINE FOR A FEE PETITION

Plaintiffs respectfully request that the Court enter an order setting a deadline for a fee petition for February 3, 2023, thirty days from the date of this motion. Since the Fifth Circuit granted the State's request to dismiss its appeal, the parties have been in discussion regarding Plaintiffs' attorneys' fees. Setting a deadline for a fee petition on February 3, 2023, would permit the parties adequate time to allow that discussion to play out and is in the interest of judicial economy. The State does not oppose this motion.

Dated: January 4, 2023

R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

Respectfully submitted,

By: */s/ David H. Thompson*
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Admitted pro hac vice

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ David H. Thompson
David H. Thompson
