IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AIDAN ANDREWS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:21-cv-1245-P |
| STEVEN C. McCRAW, et al., | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER SETTING A DEADLINE FOR A FEE PETITION**

It is ORDERED that Plaintiffs' unopposed motion to set a deadline of February 3, 2023 for a fee petition is GRANTED.

Signed this ____ day of January, 2023

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

1