UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.,**

   Plaintiffs,

v.                                             No. 4:21-cv-1245-P

**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Set a Deadline for a Fee Petition (ECF No. 80). Having considered the Motion, applicable law, and docket entries, the Court concludes that the Motion should be, and is hereby, **GRANTED**.

**SO ORDERED** on this **11th day** of **January 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE