IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AIDAN ANDREWS, JORDYN BLAKEY, and FIREARMS POLICY COALITION, INC., §§§§§§§§§§§§§§§§ *Plaintiffs*, <br><br> v. <br><br> STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, JOHN FORREST in his official capacity as County Attorney of Parker County, RICHARD E. GLASER, in his official capacity as Criminal District Attorney of Fannin County, and J. BRETT SMITH, in his official capacity as District Attorney of Grayson County, <br> *Defendants*, | Civil Action No. 4:21-cv-1245 |

## JOINT NOTICE REGARDING RESOLUTION OF PENDING ISSUES
## AND
## <u>MOTION TO VACATE DEADLINES</u>

Plaintiffs and Defendant Steven McCraw in his official capacity as Director of the Texas Department of Public Safety (the "Parties") jointly file this Notice and Motion to inform the Court that negotiations between the sides have favorably progressed. It appears briefing on the issue of attorneys' fees may be rendered unnecessary by those negotiations.

The Parties previously sought, and the Court granted, a briefing schedule regarding attorneys' fees. ECF 80, 82. Based on the Parties' negotiations to date, it appears that schedule will be unnecessary. Any agreed or unopposed resolution of attorneys' fees involving a State official requires approvals by statutorily requisite State agencies. The Parties therefore require additional time to agree to final terms and obtain such approvals.

The Parties therefore jointly move the Court to vacate the deadlines created by its January 11, 2023 Order. ECF 82. The Parties will continue to work towards resolution of attorneys' fees and will in all events file a Joint Status Notice within 30 days of the Court's ruling on this motion.

          Respectfully submitted:

          KEN PAXTON
          Attorney General of Texas

          BRENT WEBSTER
          First Assistant Attorney General

          GRANT DORFMAN
          Deputy First Assistant Attorney General

          SHAWN COWLES
          Deputy Attorney General for Civil Litigation

          CHRISTOPHER D. HILTON
          Chief - General Litigation Division


          /s/ *Ryan G. Kercher*
          RYAN G. KERCHER
          Texas Bar No. 24060998
          Assistants Attorney General
          Office of the Attorney General
          P.O. Box 12548, Capitol Station
          Austin, Texas 78711-2548
          Phone: 512-463-2120
          Fax: 512-320-0667
          Ryan.Kercher@oag.texas.gov

          ***Counsel for Defendant Steven McGraw***

/s/ *David H. Thompson (with permission)*
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC

2

1523 New Hampshire Ave., N.S.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Admitted pro hac vice

R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson St., Ste. 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ *Ryan G. Kercher*
RYAN G. KERCHER

3