UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FIREARMS POLICY COALITION, INC. ET AL.,**

   Plaintiffs,

v.                                                   No. 4:21-cv-1245-P

**STEVEN C. MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' and Defendant Steven McCraw's in his official capacity as Director of the Texas Department of Public Safety (the "Parties") Joint Notice Regarding Resolution of Pending Issues and Motion to Vacate Deadlines ("Motion"). Having considered the Motion, applicable law, and docket entries, the Court concludes that the Motion should be, and is hereby, **GRANTED**.

It is, therefore, **ORDERED** that the deadlines approved in this Court's Order of January 11, 2023 (ECF Nos. 80, 82) are hereby **VACATED**.

It is further **ORDERED** that the Parties will file a Joint Status Notice 30 days following entry of this Order to apprise the Court of the status of settlement discussions, and any other matter attendant to resolution or further litigation of the instant cause.

**SO ORDERED** on this **6th day** of **February 2023.**

*Mark T. Pittman* (signature)

Mark T. Pittman
UNITED STATES DISTRICT JUDGE