IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AIDAN ANDREWS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 4:21-cv-01245-P |
| STEVEN MCCRAW, et al., | ) District Judge Mark T. Pittman |
| Defendants. | ) ) ) ) |

## JOINT STATUS UPDATE

Pursuant to this Court's Order, Doc. 84 (Feb. 6, 2023), vacating deadlines in this case, the parties respectfully file this update to apprise the Court of the current status of remaining issues in this case. As discussed in the parties' previous joint motion, the Plaintiffs and the State have reached an agreement in principle on attorneys' fees. Litigation remains paused as the State is diligently working to secure necessary approvals and finalize the settlement and secure release of funds. When that process is completed, there will be no remaining issues in this case.

Dated: March 9, 2023

R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

Respectfully submitted,

By: *s/ David H. Thompson*
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Admitted pro hac vice

**Attorneys for Plaintiffs**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief - General Litigation Division


/s/ *Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
Assistants Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov

**Counsel for Defendant
Steven McCraw**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ David H. Thompson
David H. Thompson
